## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Cheryl L. Pollak            **DATE :**   7/16/15

**DOCKET NUMBER:**   15CR287(WFK)            **LOG #:**   3:25 - 3:49

**DEFENDANT'S NAME :**   Stanley Cherenfant
              _X_ Present     ___ Not Present     _X_ Custody     ___ Bail

**DEFENSE COUNSEL :**   David Stern
              ___ Federal Defender     _✓_ CJA     ___ Retained

**A.U.S.A:**  Rena Paul/Allon Lifshitz         **DEPUTY CLERK :**  SM Yuen

**INTERPRETER :**  _____ (Language) _____

____ Hearing held.   ____ Hearing adjourned to ____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

_X_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____ Start____ Stop____

_X_ Order of Speedy Trial entered.   Code Type____ Start 7/16 Stop 9/10/15

_X_ Defendant's first appearance.   _X_ Defendant arraigned on the superseding indictment.

_X_ Attorney Appointment of ____ FEDERAL DEFENDER _X_ CJA

_X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

_X_ Status conference set for   9/10/15 @ 1:00 pm   before Judge **Kuntz**

**OTHERS :** ____